896 N.E.2d 1061 (2008)
PEOPLE STATE OF ILLINOIS, petitioner,
v.
Peter BERNSTEIN, respondent.
No. 107134.
Supreme Court of Illinois.
November 26, 2008.
Petition for leave to appeal denied.
In the exercise of this Court's supervisory authority, the Appellate Court, Third District, is directed to vacate is judgment in People v. Bernstein, 383 Ill.App.3d 296, 322 Ill.Dec. 306, 890 N.E.2d 1225 (2008). The court is directed to reconsider its judgment in light of People v. Cosby, Nos. 100681, 102584, ___ Ill.2d ___, ___ Ill. Dec. ___, ___ N.E.2d ___ (2008), to determine if a different result is warranted.